**FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**

October 10, 2018

**Via ECF**
Honorable William M. Skretny, U.S. District Judge
U.S. District Court for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

    Re:    *Jordet v. Just Energy Solutions, Inc.*, No. 1:18-cv-00953-WMS

Dear Judge Skretny:

    We represent Plaintiff Trevor Jordet in the above-referenced action, and write to respectfully request that Your Honor grant Plaintiff leave to file the attached brief sur-reply in response to Defendant Just Energy Solutions, Inc.'s Reply Memorandum of Law in Support of Defendant's Motion to Dismiss (ECF No. 32) (the "Reply"). In its Reply, Defendant mischaracterizes Plaintiff's arguments and advances several new misstatements of fact concerning relevant case law, depriving Plaintiff of an opportunity to respond to Defendant's arguments. Notwithstanding, Plaintiff solely seeks to address Defendant's contention that "the EIA collects ESCO data 'only in Georgia, New York and Ohio' and does not collect ESCO data in Pennsylvania. Plaintiff thus asks this Court to take judicial notice of data that does not exist." Reply at 1; *accord* Reply at 5. As discussed in the attendant proposed sur-reply, Defendant is incorrect.

    Plaintiff therefore respectfully requests that this Court grant Plaintiff leave to file the enclosed sur-reply.

{00295716 3 }   Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • White Plains

1279 ROUTE 300, PO BOX 1111
NEWBURGH, NY  12551

Phone: (914) 298-3281     Fax: (845) 562-3492
www.fbfglaw.com

445 HAMILTON AVE, SUITE 605
WHITE PLAINS, NY  10601

Respectfully Submitted,

*s/ D. Greg Blankinship*
D. Greg Blankinship
Todd S. Garber
Chantal Khalil
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com
tgarber@fbfglaw.com
ckhalil@fbfglaw.com

Jonathan Shub
Kevin Laukaitis
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Tel: (215) 238-1700
Fax: (215) 238-1968
jshub@kohnswift.com
klaukaitis@kohnswift.com

*Attorneys for Plaintiff and Putative Class*